# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133709

BARBARA MARONEK,
      Plaintiff-Appellee,

v

    SC: 133709
    COA: 274253
    Dickinson CC: 05-014132-NO

WAL-MART STORES, INC.,
      Defendant-Appellant,

and

FOUR SEASONS BEER DISTRIBUTORS, INC.,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the March 9, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

_____
Clerk

d0919